# IN THE SUPREME COURT OF THE STATE OF NEVADA

WEIMIN MA, AN INDIVIDUAL,
                    Appellant,

vs.

BANK OF AMERICA, N.A., A FOREIGN
CORPORATION,
                    Respondent.

No. 73596

**FILED**

DEC 05 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Joanna Kishner, District Judge
       Morris Law Center
       Akerman LLP/Las Vegas
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

**CLERK'S ORDER**

(O)-1947

17-41751